# Court of Appeals
# of the State of Georgia

ATLANTA,  March 26, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1045. SHEKITA MAXWELL v. BOWMAN STATION NRDE, LLC.

The magistrate court issued a dispossessory judgment in favor of Bowman Station NRDE, LLC and against Shekita Maxwell. Maxwell appealed to state court and following a trial, the jury found in favor of Bowman Station. The state court entered judgment on the jury's verdict, and Maxwell filed a direct appeal to this Court. We dismissed that appeal for lack of jurisdiction based on Maxwell's failure to file an application for discretionary appeal. Case No. A24A0620 (Dec. 19, 2023). Following remittitur, Maxwell filed both a petition for review and a petition seeking attorney fees in superior court. The superior court dismissed Maxwell's filing for lack of jurisdiction, noting that parties did not have a right of direct appeal to the superior court from a state court order. Maxwell then filed this direct appeal, seeking review of the superior court's order. As with Maxwell's first appeal, however, we lack jurisdiction.

A party is not entitled to continue to litigate "the same issue[s] . . . ad infinitum[.]" *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000). Accordingly, a party may not file more than one appeal from a particular ruling by the trial court. See *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001). And where a party files an appeal that is dismissed on jurisdictional grounds, that dismissal constitutes the binding law of the case and bars any further appeals arising out of the underlying order, even though the appellate court did not rule on the merits of any claimed error. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011). Our dismissal of Maxwell's previous appeal seeking to challenge the judgment of the state

court bars us from considering this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__03/26/2024_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*